**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: | CASE NO. 6:06-bk-01546-ABB |
| J. ANTHONY HUGGINS, | CHAPTER 11 |
| | Involuntary Petition |
| Debtor. | |
| _____/ | |

**MOTION FOR AUTHORITY TO CONDUCT RULE 2004**
**EXAMINATION OF GRAYROBINSON, PA**

Leigh Richard Meininger, as Chapter 7 trustee (the "Trustee") in the above referenced bankruptcy case of J. Anthony Huggins ("Huggins"), by and through his undersigned counsel, hereby moves for an order, pursuant to Fed. R. Bankr. P. 2004 ("Rule 2004"), authorizing the examination of GrayRobinson, PA ("GrayRobinson") (the "Motion"). In support of the Motion, the Trustee states as follows:

**Background**

1.  This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§1408 and 1409.

2.  On June 28, 2006, Evergreen Security, Ltd. ("Evergreen") filed an involuntary petition, under Chapter 7 of the Bankruptcy Code, against Huggins (the "Petition").

3. On June 29, 2006, Evergreen filed an Emergency Motion for Appointment of an Interim Trustee (Doc. No. 4) ("Trustee Motion"). On July 14, 2006, an Order Granting the Trustee Motion was entered (Doc. No. 12). The Trustee was appointed Interim Trustee (Doc. No. 15).

4. On March 29, 2007 an order for relief under Chapter 7 was entered (Doc. No. 77).

5. Huggins failed to appear at the meeting of creditors held on April 26, 2007 at 11:00 a.m. (Doc. No. 90), and, thereafter, the meeting of creditors was continued several times, and is currently continued to June 21, 2007 at 11:00 a.m.

6. On April 17, 2007, the Trustee filed its Application to Employ Latham, Shuker, Barker, Eden, & Beaudine, LLP ("LSBEB") as Special Counsel *Nunc Pro Tunc* To March 28, 2007 ("Application") (Doc. No. 83), and LSBEB filed its Verified Statement, pursuant to Rule 2014 of the Fed. R. Bankr. P., in support of the Application (Doc. No. 84). On May 2, 2007, the Court entered an order approving the Application (Doc No. 95).

**Relief Requested**

**7.** The Trustee seeks authority, pursuant to Rule 2004, to take the examination of the corporate representative of GrayRobinson with the most knowledge of GrayRobinson's representation of the Debtor and any entity related to Huggins, in an effort to gain an understanding of: (a) Huggins's financial and legal representation and

affairs; (b) the scope of Huggins's assets; and (c) any other matters relevant to the administration or liabilities of the estate. The Trustee may have malpractice preference, fraudulent transfer, or other causes of action against GrayRobinson. The Trustee requests the examination occur at a mutually convenient time, but no later than August 31, 2007, and take place at the offices of LSBEB.

8. The requested examination is within the scope of Rule 2004 as it relates to the "acts, conduct, property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate." See Rule 2004(b).

**WHEREFORE,** the Trustee respectfully requests entry of an order authorizing the Trustee to conduct an examination, pursuant to Rule 2004, of GrayRobinson, PA, and granting any further relief as is just and proper in the circumstances.

**DATED** this 22th day of June 2007.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 984469
Jacqueline E. Ferris, Esq.
Florida Bar No. 713481
**LATHAM, SHUKER, BARKER, EDEN & BEAUDINE, LLP**
390 N. Orange Ave., Ste. 600
Orlando, FL  32801
Telephone:  407-481-5800
Facsimile:  407-481-5801
rshuker@lsbeblaw.com
Attorneys for Trustee

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                CASE NO. 6:06-bk-01546-ABB

J. ANTHONY HUGGINS,                                 CHAPTER 11
                                                                      Involuntary Petition

            Debtor.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the **MOTION FOR AUTHORITY TO CONDUCT RULE 2004 EXAMINATION OF GRAYROBINSON, PA,** has been furnished by either electronic transmission and/or U.S. First Class mail, postage prepaid, to:  Bryd marshall, GrayRobinson, PA, 301 East Pine Street, Ste. 1400, Orlando, FL  32801; David E. Otero, Esq., Akerman Senterfitt, a/f GrayRobinson, 50 North Street, Suite 2500, Jacksonville, Florida 32202; Caryl E. Delano, Esq., Addison & Delano, P.A., Post Office Box 2175, Tampa, Florida 33601-2175, attorney for APAM and Jon M. Knight; Evergreen Security, Ltd., c/o R. W. Cuthill, Jr., President, 341 N. Maitland Avenue, Suite 210, Maitland, FL 32751; Leigh R. Meininger, Esq., Chapter 7 Trustee, Meininger & Meininger, P.A., P.O. Box 1946, 520 E. Central Blvd., Orlando, FL 32802-1946; J. Anthony Huggins, 700 Alameda Street, Orlando, Florida 32804; Michael S. Budwick, Esq., 200 South Biscayne Boulevard, Suite 3000, Miami, Florida 33131; the Office of the United States Trustee, 135 West Central Boulevard, Suite 620 Orlando, Florida 32801; and and all parties of interest listed on the attached 1007 Mailing Matrix List this 22nd day of June 2007.

                                                     /s/ R. Scott Shuker
                                                     R. Scott Shuker