**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: | CASE NO. 6:06-bk-01546-ABB |
| **J. ANTHONY HUGGINS,** | **CHAPTER 7**<br>Involuntary Petition |
| Debtor._____/ | |

**ORDER GRANTING MOTION FOR AUTHORITY TO CONDUCT**
**RULE 2004 EXAMINATION OF GRAYROBINSON, PA**

**THIS CASE** came on for consideration upon the motion of the Leigh Richard Meininger, as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of J. Anthony Huggins ("Huggins" or "Debtor")for authority to conduct a Rule 2004 examination of GrayRobinson, PA ("GrayRobinson"), to gain an understanding of Huggins's legal representation and financial affairs, the scope of Huggins's assets, and any other matters relevant to the administration or liabilities of the estate.

Upon consideration of the Motion, it is hereby

**ORDERED AND ADJUDGED** that:

1.     The Motion is granted.

2.     The corporate representative of GrayRobinson with the most knowledge of Huggins with respect to, among other things: (i) Huggins's legal representation and financial affairs; (ii) the scope of Huggins's assets; and (iii) any other matters relevant to the administration or liabilities of the estate shall appear for an examination, pursuant to F.R.B.P.

2004, at a time to be mutually agreed upon, but no later than August 31, 2007 at the offices of Latham Shuker Barker Eden & Beaudine, LLP, 390 North Orange Avenue, Suite 600, Orlando, Florida 32801.

      3.     The Trustee's counsel may inquire regarding any acts, conduct, property, liabilities, and the financial condition of Huggins, and other matters which may affect the administration of Huggins's bankruptcy estate.

      **DONE AND ORDERED** at Orlando, Florida, this 25th day of June 2007.

**ARTHUR B. BRISKMAN**
United States Bankruptcy Judge

Copies furnished to:

Leigh R. Meininger, Trustee, Post Office Box 1946, Orlando, FL 32802-1946;

R. Scott Shuker, Esq., Latham, Shuker, Barker, Eden & Beaudine, LLP, 390 N. Orange Avenue, Suite 600, Orlando, Florida 32801;

Byrd Marshall, Esq., GrayRobinson, PA, 301 East Pine Street, Ste. 1400, Orlando, FL 32801;

David E. Otero, Esq., Akerman Senterfitt, a/f GrayRobinson, 50 North Street, Suite 2500, Jacksonville, Florida 32202;

Caryl E. Delano, Esq., Addison & Delano, P.A., Post Office Box 2175, Tampa, Florida 33601-2175, attorney for APAM and Jon M. Knight

J. Anthony Huggins, 700 Alameda Street, Orlando, Florida 32804;

Michael S. Budwick, Esq., 200 South Biscayne Boulevard, Suite 3000, Miami, Florida 33131

Evergreen Security, Ltd., c/o R. W. Cuthill, Jr., President, 341 N. Maitland Avenue, Suite 210, Maitland, FL 32751;

Office of the United States Trustee, 135 West Central Boulevard, Suite 620 Orlando, Florida 32801; and

all parties of interest listed on the 1007 Mailing Matrix List.